# PD-0544&0545&0546-15

PD-0544&0545&0546-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/7/2015 3:42:49 PM
Accepted 5/8/2015 10:46:44 AM
ABEL ACOSTA
CLERK

NO. _____

| | | |
|---|---|---|
| **LEMARCUS ASHONTAY CHRISTMAS** | § § § | **IN THE COURT OF** |
| **VS.** | § § § | **CRIMINAL APPEALS** |
| **STATE OF TEXAS** | § | **OF TEXAS** |

## MOTION TO EXTEND TIME TO
## FILE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUDGES OF SAID COURT:**

Now comes LEMARCUS ASHONTAY CHRISTMAS, Appellant in the above styled and numbered cause, and moves for an extension of time of 30 days to file a petition for discretionary review, and for good cause shows the following:

1.	On April 14, 2015, the Court of Appeals for the Fourteenth Judicial District at Houston affirmed appellant's conviction in the matter of <u>LEMARCUS ASHONTAY CHRISTMAS</u> v. State, under case numbers 14-13-01102-CR, 14-13-01103-CR, 14-13-01104-CR.	This petition is therefore due on MAY 14, 2015.

2.	Counsel has been unable to complete the petition for the following reasons: Counsel has recently returned from maternity leave.

3.	Defendant is currently incarcerated.

4.	No extensions of time to file Petition for Discretionary Review have been granted.

5.	No motions for rehearing or en banc considerations have been filed.

**WHEREFORE, PREMISES CONSIDERED**, appellant respectfully requests an extension of 30 days, i.e. until June 14, 2015, to file a petition for discretionary review.

FILED IN
COURT OF CRIMINAL APPEALS

May 8, 2015

ABEL ACOSTA, CLERK

Respectfully submitted,
Law Office of Jessica Marie Jaramillo Moreno
2512 1st Street
Rosenberg, Texas 77471
Tel: 281-658-1336
Fax: 281-667-3023
jmjm.esq@gmail.com

By: _____

    Jessica Jaramillo-Moreno
    State Bar No. 24078733
    Attorney for LEMARCUS ASHONTAY CHRISTMAS

## CERTIFICATE OF SERVICE

This is to certify that on May 07, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Fort Bend County, Texas, by facsimile transmission to 281-341-4440.

_____
Jessica Jaramillo-Moreno